**EXHIBIT 1**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Oct 12 04:06:37 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

### Typed Drawing

| | |
|---|---|
| Word Mark | CAVIAR |
| Goods and Services | IC 014. US 027 028. G & S: JEWELRY; NAMELY, RINGS, PINS, BRACELETS, EARRINGS, NECKLACES AND WATCHES. FIRST USE: 19890110. FIRST USE IN COMMERCE: 19890110 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73799183 |
| Filing Date | May 11, 1989 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 19, 1989 |
| Registration Number | 1703128 |
| Registration Date | July 28, 1992 |
| Owner | (REGISTRANT) LAGOS, INC. CORPORATION PENNSYLVANIA 441 NORTH FIFTH STREET PHILADELPHIA PENNSYLVANIA 19106 |
| Attorney of Record | LEWIS F GOULD JR |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020314. |
| Renewal | 1ST RENEWAL 20020314 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-12 17:22:09 ET

**Serial Number:** 73799183   Assignment Information   Trademark Document Retrieval

**Registration Number:** 1703128

**Mark (words only):** CAVIAR

**Standard Character claim:** No

**Current Status:** This registration has been renewed.

**Date of Status:** 2002-03-14

**Filing Date:** 1989-05-11

**Transformed into a National Application:** No

**Registration Date:** 1992-07-28

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2002-10-24

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LAGOS, INC.

**Address:**
LAGOS, INC.
441 NORTH FIFTH STREET
PHILADELPHIA, PA 19106
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Pennsylvania

---

### GOODS AND/OR SERVICES

**International Class:** 014
**Class Status:** Active
JEWELRY; NAMELY, RINGS, PINS, BRACELETS, EARRINGS, NECKLACES AND WATCHES
**Basis:** 1(a)
**First Use Date:** 1989-01-10
**First Use in Commerce Date:** 1989-01-10

---

### ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

### MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-11-10 - TEAS Change Of Correspondence Received

2002-07-12 - Combined Section 8 (10-year)/Section 9 filed

2002-07-12 - PAPER RECEIVED

2002-03-14 - First renewal 10 year

2002-03-14 - Section 8 (10-year) accepted/ Section 9 granted

2002-01-21 - Combined Section 8 (10-year)/Section 9 filed

1998-07-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-05-01 - Section 8 (6-year) and Section 15 Filed

1992-07-28 - Registered - Principal Register

1992-03-04 - Opposition terminated for Proceeding

1992-01-24 - Opposition dismissed for Proceeding

1990-06-04 - Opposition instituted for Proceeding

1989-09-19 - Published for opposition

1989-08-19 - Notice of publication

1989-07-03 - Approved for Pub - Principal Register (Initial exam)

1989-06-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LEWIS F GOULD JR

**Correspondent**
Denise I. Mroz
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia PA 19104-2891
Phone Number: (215) 568-3100
Fax Number: (215) 568-3439