# EXHIBIT 2

the LAGOS Collections

http://198.63.211.98/LAGOSCollectionsMain.ASP



STACKING 

GLACIER CLASSIC 

PEARLS 

1977 

LAGOS MAN

CAVIAR BASICS

BOLD GOLD 

CLASSIC KNOT 

GREAT GIFTS 

CIRCLE GAME 

BLACK CAVIAR 



LAGOS
COLLECTIONS

GLACIER NOW

CAVIAR OPAQUE 

LINK 

HEARTS OF LAGOS 

DIAMONDS & CAVIAR 

CAVIAR ROUCHE 

the LAGOS Collections

CLOSE COLLECTIONS ⊠

http://198.63.211.98/itemdesc.asp?item=02-80193-007

# LAGOS

### Diamond Station Caviar™ Ring

This classic sterling silver Caviar™ beaded ring with a center station of dazzling pavé diamonds set in 18K gold is the perfect addition to your LAGOS wardrobe.

Diamonds in Yellow Gold-Sz. 7

02-80193-007          $750

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=01-80456-00

## LAGOS

**Caviar™ Band Hoop Earring**

Simple, yet elegant sterling silver Caviar™ beading is accented with bands of smooth 18K gold on these elegant hoop earrings.

01-80456-00     $250

**RETURN TO COLLECTION**



# LAGOS

**Caviar™ Beaded Hoop Earring**

These fabulous large sterling silver Caviar™ beaded hoop earrings feature a comfortable post back for extra comfort.

28 Millimeter

01-80615-28                    $175

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=01-80615-35

# LAGOS

## Caviar™ Beaded Hoop Earring

These fabulous large sterling silver Caviar™ beaded hoop earrings feature a comfortable post back for extra comfort.

35 Millimeter

01-80615-35          $195

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=01-80399-M

# LAGOS

## Caviar™ Beaded Hoop Earring

Signature sterling silver Caviar™ beading wraps around these classic post-back hoop earrings.

01-80399-M

Medium

$175

RETURN TO COLLECTION



# LAGOS

## Caviar™ Link Pearl Earring

Each exquisite earring bares a
pristine pearl set in sterling silver
and adorned with a single 18K
gold Caviar™ link.

01-80555-M                    $495

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=03-80225-M7

# LAGOS

**Caviar™ Rope Pearl Ring**

Hand-set with perfection, a round
pearl is framed by shiny 18K gold
and signature sterling silver
Caviar™ beading.

03-80225-M7    White Pearl    $195

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=07-80283-M

## LAGOS

**Caviar™ Beaded Pearl Pendant**

A pristine white pearl is capped
with sterling silver flutes and 18K
gold Caviar™ beading on this
beautiful pendant which
enhances many LAGOS
necklaces.

07-80283-M      $200

Pendant Only

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=07-80283-ML16

Item Description

# LAGOS

**Caviar™ Beaded Pearl Pendant**

A pristine white pearl is capped with sterling silver flutes and 18K gold Caviar™ beading on this beautiful pendant which enhances many LAGOS necklaces.

On 16 inch Leather Cord

07-80283-ML16                     $295

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=07-80283-MR16

# LAGOS

**Caviar™ Pearl Pendant**

A pristine white pearl is capped with sterling silver flutes and 18K gold Caviar™ beading on this beautiful pendant which enhances many LAGOS necklaces.

07-80283-MR16                    $650

On 16 Inch Beaded Rope

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=04-80178-16

## LAGOS

**Caviar™ Rope Necklace**

Expertly fit side-by-side, signature sterling silver Caviar™ beads create a rope necklace distinctly finished with a large spring ring clasp.

04-80178-16          16 inch          $495

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=04-80253-16

LAGOS

**Caviar™ Mini Rope Necklace**

Sterling silver Caviar™ beads nestle together perfectly to create a smooth look. Finished with a simple lobster clasp.

04-80253-16

16 inch

$350

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=04-80278-16

# LAGOS

**Wide Caviar™ Rope Necklace**

Ten smooth 18K gold stations
punctuate the sleek sterling silver
Caviar™ beading on this classic
oval rope necklace finished with
a distinctive box clasp.

04-80278-16                                    $995

**RETURN TO COLLECTION**



http://198.63.21.98/itemdesc.asp?item=04-80317-16

## LAGOS

**Caviar™ Mini Rope Necklace with Gold**

Luxurious 18K gold highlights the signature sterling silver Caviar™ beading on this classic mini rope necklace featuring a lobster clasp.

04-80317-16

16 inch

$595

RETURN TO COLLECTION

**LAGOS**

**Caviar™ Micro Rope Necklace with Gold**

Luxuriously textured 18K gold stations accent the delicate sterling silver Caviar™ beading on this classic micro rope necklace.

04-80347-L16

16 Inch - Larger Gold Stations

$395

RETURN TO COLLECTION



**LAGOS**

**Caviar™ Micro Rope Necklace**

Signature sterling silver Caviar™ beads unite to form this delicate micro rope necklace finished with a lobster clasp.

04-80348-16

18 inch

$225

**RETURN TO COLLECTION**

http://198.63.211.98/itemdesc.asp?item=04-80409-16

# LAGOS

**Caviar™ Rope Necklace with Gold**

Luminous 18K gold fluted stations light up this classic sterling silver Caviar™ beaded rope necklace featuring a spring ring clasp.

04-80409-16

16 inch

$1195

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=05-80145-7

LAGOS

**Caviar™ Rope Bracelet**

Perfectly nestled sterling silver
Caviar™ beads come together to
create this signature rope
bracelet featuring a distinct
spring ring clasp.

05-80145-7                    $295

RETURN TO COLLECTION



# LAGOS

**Caviar™ Oval Rope Bracelet with Gold**

Smooth 18K gold stations punctuate the sleek sterling silver Caviar™ beading on this classic oval rope bracelet finished with a distinctive box clasp.

05-80244-7          7 inch          $895

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=05-80251-7

**LAGOS**

**Caviar™ Oval Link Bracelet**

Rich sterling silver Caviar™ beading graces both the inside and out of this classic oval rope bracelet featuring the distinct 18K gold crest on the clasp.

05-80251-7                     $450

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=-05-80260-7

# LAGOS

**Mini Caviar™ Rope Bracelet**

Sterling silver Caviar™ beads
nestle together perfectly to form
this classic mini rope bracelet
that is finished with a simple
lobster clasp.

05-80260-7

7 Inch

$175

**RETURN TO COLLECTION**



**Caviar™ Mini Rope Bracelet with Gold**

Beautifully fluted stations of 18K gold highlight the classic sterling silver Caviar™ beading on this timeless mini rope bracelet.

05-80318-7                    $295

**RETURN TO COLLECTION**

LAGOS



http://198.63.211.98/itemdesc.asp?item=05-80345-7

LAGOS

**Wide Caviar™ Rope Bracelet**

Sterling silver Caviar™ beading comprises this 23 millimeter rope bracelet featuring an integrated catch proudly displaying the LAGOS crest in 18k gold.

05-80345-7                $625

RETURN TO COLLECTION



Item Description

# LAGOS

### Caviar™ Oval Rope Bracelet

Signature sterling silver Caviar™ beading and a box clasp that proudly displays the LAGOS crest comprise this classic oval rope bracelet.

05-80366-7                                    $195

**RETURN TO COLLECTION**



Page 1 of 1

http://198.63.211.98/itemdesc.asp?item=05-80404-M

# LAGOS

## Caviar™ Beaded Bangle Bracelet

Delicate sterling silver Caviar™ beading wraps around this fashionable bangle bracelet. Slip on individually or wear several for added appeal.

05-80404-M          Medium          $150

**RETURN TO COLLECTION**



# LAGOS

**Caviar™ Beaded Stacking Rings**

These stylish stackable rings feature delicate bands of signature Caviar™ beading in either sterling silver, 18K yellow gold, or 18K rose gold.

03-80217-S7

Sterling Silver - Size 7                $95

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=03-80217-Y7

# LAGOS

**Caviar™ Beaded Stacking Ring**

These stylish stackable rings feature delicate bands of signature Caviar™ beading in either sterling silver, 18K yellow gold, or 18K rose gold.

03-80217-Y7

18K Yellow Gold - Size 7

$195

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=05-80366-8

LAGOS

**Caviar™ Oval Rope Bracelet**

05-80366-8                                                $250

Signature sterling silver Caviar™
beading comprises this classic
oval rope bracelet that is finished
with a box clasp proudly
displaying the LAGOS crest.

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=05-80437-8

# LAGOS

## Caviar™ Beaded Link Bracelet

Four stations of double-row sterling silver Caviar™ beaded rope are joined together by sterling silver rings and capped off with fluted 18K gold.

05-80437-8          $1295

**RETURN TO COLLECTION**

