**EXHIBIT 3**



go on the red carpet with a big froufrou outfit that has the biggest skirt on the planet!" Just right for an important night, this embroidered silk gown from Dior by John Galliano ($17,730). Mouawad pavé-diamond clover ring ($1,210) and matching bracelet ($4,026). Opposite: For a sleeker evening look, Gucci's off-white-and-black silk-crepe gown ($3,595) with an embroidered neckline and side bow (not visible). Lorraine Schwartz 18k-white-gold, black-diamond and pearl ring and diamond Caviar earrings (prices on request).



"At the end of the day, a woman has to feel good in her clothes," says Klum. "Then the outfit is not wearing you, but you're wearing it—and it's about you." Versace silk-chiffon gown (price on request); Bottega Veneta 18k-gold and pavé-diamond Cuscino ring ($24,800); Lorraine Schwartz 18k-white-gold and diamond Caviar bangles ($28,000 each). Opposite: Bottega Veneta silk dress ($4,900); Lorraine Schwartz 18k-gold, emerald and yellow-diamond ring (on right hand; price on request); Martin Katz diamond line bracelets ($4,500–$8,500). For shopping information, see page 241.

Hair by Helena Faccenda at arthousemanagement.com. Makeup by Linda Hay at the Wall Group. Manicure by Beth Fricke, using OPI products.