# EXHIBIT 5

**Certified Article Number**
7160 3901 9845 0387 6533
**SENDER'S RECORD**

LEWIS F. GOULD, JR.
DIRECT DIAL: 215.979.1282
E-MAIL: lfgould@duanemorris.com

www.duanemorris.com

**Duane Morris®**

FILE COPY

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 14, 2007

VIA CERTIFIED LETTER
RETURN RECEIPT REQUESTED

Lorraine E. Schwartz
Lorraine E. Schwartz, Inc.
580 Fifth Avenue
Suite 1200
New York, NY 10036

Re: Demand to stop unauthorized use of CAVIAR® trademark
Our Ref: D4794-00031

Dear Ms. Schwartz:

You have not responded to my August 24, 2007 letter regarding unauthorized use of Lagos, Inc.'s CAVIAR registered mark. A copy of my August 24, 2007 letter is enclosed. Also, enclosed for your information is a printout of the article from JCKonline.com about Lagos, Inc.'s lawsuit against Michael Dawkins, Inc. enforcing its CAVIAR® famous trademark.

Please contact me or my colleague, Max Voltchenko (215-979-1823), upon receipt of this correspondence. In the absence of response, Lagos, Inc. will take additional, appropriate action, such as legal action for an injunction or damages, or both.

Very truly yours,

Lewis F. Gould, Jr. /MAV

Lewis F. Gould, Jr.

LFG/MAV:amo
Enclosures

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196                    PHONE: 215.979.1000  FAX: 215.979.1020
DM1\1193459.1

DuaneMorris

Lorraine E. Schwartz
September 14, 2007
Page 2


Bcc:   Jack Linderman,
       Steven Lagos (via mail, with enclosures)

DM1\1193459.1