JUDGE PRESKA

**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020

and

Lewis F. Gould, Jr. (prospective *pro hac vice* admission)
Maxim A. Voltchenko (prospective *pro hac vice* admission)
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (212) 979-1020

OCT 15 2007
U.S.D.C. S.D.N.Y.
CASHIERS

07 CIV 9254

Attorneys for Plaintiff Lagos Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LAGOS INC.                                       :
                                                 :
                      Plaintiff,                 :
        -against-                                :     **RULE 7.1 DISCLOSURE**
                                                 :     **STATEMENT OF**
LORRAINE E. SCHWARTZ, INC. and                   :     **PLAINTIFF**
LORRAINE E. SCHWARTZ                             :
                      Defendants.                :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Lagos Inc. (a private non-governmental corporate party) certifies that Lagos Inc. is a privately held corporation with no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
October 15, 2007

Respectfully submitted,

**DUANE MORRIS LLP**

By: _____

Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Fax: (212) 692-1020

and

Lewis F. Gould, Jr.
(prospective *pro hac vice* admission)
Maxim A. Voltchenko
(prospective *pro hac vice* admission)
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (212) 979-1020

Attorneys for Plaintiff Lagos Inc.

DM2\1277061.1