UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAGOS, INC.,
                                  Plaintiff,

    -against-

LORRAINE E. SCHWARTZ, INC. and LORRAINE E. SCHWARTZ,

                                  Defendants.
------------------------------------------------------------------X

Case No.: 2007 civ 9254

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK  )

    **DARREN HINDS,** being duly sworn, deposes and says:

    1.    That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

    2.    That on <u>October 19, 2007</u>, at approximately <u>5:07 p.m.</u>, I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** along with **Exhibits "1-5", RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF,** Individual Practices of Judge Loretta A. Preska, Individual Practices of Magistrate Judge Debra Freeman, **Third Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing,** all upon **LORRAINE E. SCHWARTZ, INC.,** by Personal Delivery via Ms. Lorraine E. Schwartz, who identified herself as the "President" as well as being duly authorized to accept service on behalf of Lorraine E. Schwartz, Inc., which service was effected at their actual place of business indicated below:

                              LORRAINE E. SCHWARTZ, INC.
                              580 Fifth Avenue / Suite 1200
                              New York, New York 10036

    3.    **Ms. Lorraine E. Schwartz** can best be described as:

Female — White skin — Brown hair — Brow eyes - Approximately 44 - 54 years of age, 5'7" – 5'11" and 195 – 240 lbs.

Dated:    October 19, 2007
               New York, New York

                                                              _____
                                                              DARREN HINDS
                                                               License No.: 1194970

Sworn to before me on this the 19th day of October 2007.

_____
NOTARY PUBLIC

                              HOLLY ROLDAN
                        Notary Public, State of New York
                            No. 01RO6125752
                        Qualified in New York County
                  Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our service on your satisfaction"*