UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAGOS, INC.,
                                            Plaintiff,

    -against-

LORRAINE E. SCHWARTZ, INC. and LORRAINE E. SCHWARTZ,

                                            Defendants.
------------------------------------------------------------------X

Case No.: 2007 CIV 9254 (PRESKA)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                 )  ss.:
COUNTY OF NEW YORK  )

        **DARREN HINDS**, being duly sworn, deposes and says:

        1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

        2.     That on <u>October 19, 2007</u>, at approximately <u>5:06 p.m.</u>, I personally served, by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** along with **Exhibits "1-5", RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF,** Individual Practices of Judge Loretta A. Preska, Individual Practices of Magistrate Judge Debra Freeman, Third Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, all upon **LORRAINE E. SCHWARTZ, (an individual)**, by Personal Delivery via Ms. Lorraine E. Schwartz, who identified herself as the person deponent was seeking to serve. Ms. Lorraine E. Schwartz, who is known and known to be, someone of suitable age and discretion, who indicated upon inquiry that she is neither in Military Service nor dependant upon anyone within Military Service, which service was effected at her actual place of business indicated below:

                              LORRAINE E. SCHWARTZ
                              Lorraine E. Schwartz, Inc.
                              580 Fifth Avenue / Suite 1200
                              New York, New York 10036

        3.     **Ms. Lorraine E. Schwartz** can best be described as:

Female  – White skin – Brown hair – Brown eyes - Approximately 44 - 54 years of age,  5'7" – 5'11" and 195 – 240 lbs.

Dated:  October 19, 2007
           New York, New York

                                                                         _/s/ Darren Hinds_
                                                                         DARREN HINDS
                                                                         License No.: 1194970

Sworn to before me on this the 19th day of October 2007.

_/s/ Holly Roldan_                           HOLLY ROLDAN
NOTARY PUBLIC                    Notary Public, State of New York
                                     No. 01RO6125752
                               Qualified in New York County
                            Commission Expires April 20, 2009

---

**RAPID & RELIABLE ATTORNEY SERVICE, INC.**                              POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-          NEW YORK, NEW YORK 10268
                                                                                                           212-608-1555

*"We've built our service on your satisfaction"*