**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Plaintiff Lagos Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | | |
|---|---|---|
| LAGOS INC. | : | Civil Action No. 1:07-CV-09254 (LAP) |
| Plaintiff, | : | |
| -against- | : | **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF** |
| LORRAINE E. SCHWARTZ, INC. and LORRAINE E. SCHWARTZ | : | **LEWIS F. GOULD** |
| Defendants. | : | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Declaration of Gregory P. Gulia on October 19, 2007, plaintiff Lagos Inc. will move this Court before the Honorable Richard J. Sullivan, at the United States District Court, 500 Pearl Street, New York 10007, for an order pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of

> Lewis F. Gould, Jr.
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA 19103-4196
> Tel.: (215) 979-1000
> Fax: (212) 979-1020
> LFGould@duanemorris.com

DM2\1277197.1



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Lewis F. Gould, Jr., Esq.

**DATE OF ADMISSION**

**November 21, 1966**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 9, 2007

*Patricia Johnson*
Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

  This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Lewis F. Gould, Jr., Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Lewis F. Gould Jr., and Proposed Order for Admission *Pro Hac Vice* of Lewis F. Gould, Jr. to be served on the following individuals by first class mail:

      Lorraine E. Schwartz, Inc.
      580 Fifth Avenue, Suite 1200
      New York, New York 10036

This the 24th day of October, 2007.

                _____
                VANESSA C. HEW

DM2\1277197.2

## CERTIFICATE OF SERVICE

    This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Lewis F. Gould, Jr., Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Lewis F. Gould Jr., and Proposed Order for Admission *Pro Hac Vice* of Lewis F. Gould, Jr. to be served on the following individuals by first class mail:

        Lorraine E. Schwartz
        530 E 76th Street
        Apt. 20K
        New York, New York 10021

This the 24th day of October, 2007.

                                                             */s/ Vanessa C. Hew*
                                                            VANESSA C. HEW