**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Plaintiff Lagos Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                            :

LAGOS INC.                                 :         Civil Action No. 1:07-CV-09254
                                            :         (LAP)
            Plaintiff,                :

    -against-                   :         **NOTICE OF MOTION FOR**
                                            :         **ADMISSION *PRO HAC VICE***
                                            :         **OF**
LORRAINE E. SCHWARTZ, INC. and  :        **MAXIM A. VOLTCHENKO**
LORRAINE E. SCHWARTZ            :

            Defendants.             :
                                            :
------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Gregory P. Gulia on

October 19, 2007, plaintiff Lagos Inc. will move this Court before the Honorable Richard J.

Sullivan, at the United States District Court, 500 Pearl Street, New York 10007, for an order

pursuant to Local Civil Rule 1.3(c) granting the admission *pro hac vice* of

                        Maxim A. Voltchenko
                        Duane Morris LLP
                        30 South 17th Street
                        Philadelphia, PA 19103-4196
                        Tel.: (215) 979-1000
                        Fax: (212) 979-1020
                        MAVoltchenko@duanemorris.com

to practice before this Court in the above captioned action. Maxim A. Voltchenko is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Maxim A. Voltchenko in any State or Federal court.

Dated: New York, New York
October 24, 2007

_____
GREGORY P. GULIA

**DUANE MORRIS LLP**
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020

Attorneys for Plaintiff Lagos Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
LAGOS INC.                                                  :   Civil Action No. 1:07-CV-09254
                                                            :   (LAP)
                    Plaintiff,                              :
                                                            :
       -against-                                            :   **DECLARATION OF**
                                                            :   **GREGORY P. GULIA**
                                                            :   **IN SUPPORT OF MOTION**
LORRAINE E. SCHWARTZ, INC. and                              :   **FOR ADMISSION**
LORRAINE E. SCHWARTZ                                        :   ***PRO HAC VICE* OF**
                                                            :   **MAXIM A. VOLTCHENKO**
                    Defendants.                             :
                                                            :
------------------------------------------------------------X

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      GREGORY P. GULIA, under penalty of perjury, hereby declares:

      1.    I am a partner of the firm Duane Morris LLP, counsel for plaintiff Lagos Inc. in the above-captioned action. I am fully familiar with the facts contained herein. I submit this motion, pursuant to Local Civil Rule 1.3(c), for an order admitting *pro hac vice* Maxim A. Voltchenko to practice before this Court in the above-captioned action.

2.	I am a member in good standing of the bar of the State of New York and am admitted to the bar of the United States District Court for the Southern District of New York. I am in good standing with this court.

3.	Maxim A. Voltchenko is a member in good standing of the State Bar of Pennsylvania. An original Certificate of Good Standing issued by the State Bar of Pennsylvania within the last thirty days is annexed as Exhibit A.

4.	I have found Maxim A. Voltchenko to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5.	I respectfully submit a proposed order granting the admission of Maxim A. Voltchenko *pro hac vice*, annexed as Exhibit B.

WHEREFORE, it is respectfully requested that this Court admit *pro hac vice* Maxim A. Voltchenko to practice before this Court in the above-captioned action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
       October 24, 2007

_____
GREGORY P. GULIA



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Maxim Alexandrovich Voltchenko, Esq.

#### DATE OF ADMISSION

*November 17, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 9, 2007

Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

    This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Maxim A. Voltchenko, Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Maxim A. Voltchenko, and Proposed Order for Admission *Pro Hac Vice* of Maxim A. Voltchenko to be served on the following individuals by first class mail:

        Lorraine E. Schwartz
        530 E 76th Street
        Apt. 20K
        New York, New York 10021

This the 24th day of October, 2007.

                                                    VANESSA C. HEW

## CERTIFICATE OF SERVICE

This is to certify that I caused the foregoing Notice of Motion for Admission *Pro Hac Vice* of Maxim A. Voltchenko, Declaration of Gregory P. Gulia in Support of Motion for Admission *Pro Hac Vice* of Maxim A. Voltchenko, and Proposed Order for Admission *Pro Hac Vice* of Maxim A. Voltchenko to be served on the following individuals by first class mail:

> Lorraine E. Schwartz, Inc.
> 580 Fifth Avenue, Suite 1200
> New York, New York 10036

This the 24th day of October, 2007.

*/s/ Vanessa C. Hew*
VANESSA C. HEW

3