IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

LAGOS INC.

              Plaintiff,

-against-

LORRAINE E. SCHWARTZ, INC. and
LORRAINE E. SCHWARTZ

              Defendants.

------------------------------------------------------------X

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S.D.N.Y.

Civil Action No. 1:07-CV-09254
(LAP)

[~~PROPOSED~~] ORDER FOR
ADMISSION *PRO HAC VICE*
OF MAXIM A. VOLTCHENKO

RECEIVED NOV 1 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

Upon consideration of the motion of Gregory P. Gulia, attorney for plaintiff Lagos Inc., and said sponsor attorney's affidavit in support of;

IT IS HEREBY ORDERED that

        Maxim A. Voltchenko
        Duane Morris LLP
        30 South 17th Street
        Philadelphia, PA 19103-4196
        Tel.: (215) 979-1000
        Fax: (212) 979-1020
        LFGould@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

SO ORDERED:

*Loretta A. Preska* (signature)

Honorable Loretta A. Preska
United States District Judge

November 6, ~~October~~ ___, 2007

DM2\1272217.1