IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

LAGOS INC.

               Plaintiff,

    -against-

LORRAINE E. SCHWARTZ, INC. and
LORRAINE E. SCHWARTZ

               Defendants.

-------------------------------------------------------X

LORETTA A PRESKA
U.S. DISTRICT JUDGE
S D N Y.

Civil Action No. 1:07-CV-09254
(LAP)

[~~PROPOSED~~] ORDER FOR
ADMISSION *PRO HAC VICE*
OF
LEWIS F. GOULD, JR.

*RECEIVED NOV 2007*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11/7/07*

Upon consideration of the motion of Gregory P. Gulia, attorney for plaintiff Lagos Inc., and said sponsor attorney's affidavit in support of;

    IT IS HEREBY ORDERED that

        Lewis F. Gould, Jr.
        Duane Morris LLP
        30 South 17th Street
        Philadelphia, PA 19103-4196
        Tel.: (215) 979-1000
        Fax: (212) 979-1020
        LFGould@duanemorris.com

is hereby admitted *pro hac vice* to practice before this Court in the above-captioned action.

                                SO ORDERED:

                                */s/ Loretta A. Presky*
                                Honorable Lorretta A. Preska
November 6, ~~October __,~~ 2007     United States District Judge

DM2\1277713.1