# EXHIBIT 1

Case 1:07-cv-09254-LAP    Document 9-3    Filed 02/06/2008    Page 1 of 4

Trademark Electronic Search System (TESS)                                   Page 1 of 1

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Oct 12 04:06:37 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | CAVIAR |
| Goods and Services | IC 014. US 027 028. G & S: JEWELRY; NAMELY, RINGS, PINS, BRACELETS, EARRINGS, NECKLACES AND WATCHES. FIRST USE: 19890110. FIRST USE IN COMMERCE: 19890110 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73799183 |
| Filing Date | May 11, 1989 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | September 19, 1989 |
| Registration Number | 1703128 |
| Registration Date | July 28, 1992 |
| Owner | (REGISTRANT) LAGOS, INC. CORPORATION PENNSYLVANIA 441 NORTH FIFTH STREET PHILADELPHIA PENNSYLVANIA 19106 |
| Attorney of Record | LEWIS F GOULD JR |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20020314. |
| Renewal | 1ST RENEWAL 20020314 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

Latest Status Info                                                                                      Page 1 of 2

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-10-12 17:22:09 ET

Serial Number: 73799183   Assignment Information       Trademark Document Retrieval

Registration Number: 1703128

Mark (words only): CAVIAR

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2002-03-14

Filing Date: 1989-05-11

Transformed into a National Application: No

Registration Date: 1992-07-28

Register: Principal

Law Office Assigned: LAW OFFICE 15

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900.-File Repository (Franconia)

Date In Location: 2002-10-24

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. LAGOS, INC.

Address:
LAGOS, INC.
441 NORTH FIFTH STREET
PHILADELPHIA, PA 19106
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Pennsylvania

---

## GOODS AND/OR SERVICES

International Class: 014
Class Status: Active
JEWELRY; NAMELY, RINGS, PINS, BRACELETS, EARRINGS, NECKLACES AND WATCHES
Basis: 1(a)
First Use Date: 1989-01-10
First Use in Commerce Date: 1989-01-10

---

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

### PROSECUTION HISTORY

2006-11-10 - TEAS Change Of Correspondence Received

2002-07-12 - Combined Section 8 (10-year)/Section 9 filed

2002-07-12 - PAPER RECEIVED

2002-03-14 - First renewal 10 year

2002-03-14 - Section 8 (10-year) accepted/ Section 9 granted

2002-01-21 - Combined Section 8 (10-year)/Section 9 filed

1998-07-17 - Section 8 (6-year) accepted & Section 15 acknowledged

1998-05-01 - Section 8 (6-year) and Section 15 Filed

1992-07-28 - Registered - Principal Register

1992-03-04 - Opposition terminated for Proceeding

1992-01-24 - Opposition dismissed for Proceeding

1990-06-04 - Opposition instituted for Proceeding

1989-09-19 - Published for opposition

1989-08-19 - Notice of publication

1989-07-03 - Approved for Pub - Principal Register (Initial exam)

1989-06-29 - Assigned To Examiner

---

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
LEWIS F GOULD JR

**Correspondent**
Denise I. Mroz
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia PA 19104-2891
Phone Number: (215) 568-3100
Fax Number: (215) 568-3439

---