**EXHIBIT 2**

the LAGOS Collections

CLOSE COLLECTIONS ⊠

Item Description

LAGOS

**Diamond Station Caviar™ Ring**

This classic sterling silver Caviar™ beaded ring with a center station of dazzling pavé diamonds set in 18K gold is the perfect addition to your LAGOS wardrobe.

02-80193-007                          $750

Diamonds in Yellow Gold-Sz. 7

**RETURN TO COLLECTION**



Page 1 of 1

10/12/2007

Item Description

LAGOS

**Caviar™ Band Hoop Earring**

Simple, yet elegant sterling silver
Caviar™ beading is accented
with bands of smooth 18K gold
on these elegant hoop earrings.

01-80456-00                         $250

RETURN TO COLLECTION



LAGOS

**Caviar™ Beaded Hoop Earring**

These fabulous large sterling silver Caviar™ beaded hoop earrings feature a comfortable post back for extra comfort.

01-80615-28

28 Millimeter

$175

RETURN TO COLLECTION



# LAGOS

## Caviar™ Beaded Hoop Earring

These fabulous large sterling silver Caviar™ beaded hoop earrings feature a comfortable post back for extra comfort.

01-80615-35

35 Millimeter

$195

RETURN TO COLLECTION



**LAGOS**

**Caviar™ Beaded Hoop Earring**

Signature sterling silver Caviar™ beading wraps around these classic post-back hoop earrings.

| 01-80399-M | Medium | $175 |

**RETURN TO COLLECTION**



http://198.63.211.98/itemdesc.asp?item=01-80555-M

LAGOS

**Caviar™ Link Pearl Earring**

Each exquisite earring bares a pristine pearl set in sterling silver and adorned with a single 18K gold Caviar™ link.

01-80555-M                    $495

RETURN TO COLLECTION



LAGOS

### Caviar™ Rope Pearl Ring

Hand-set with perfection, a round pearl is framed by shiny 18K gold and signature sterling silver Caviar™ beading.

White Pearl

03-80225-M7

$185

**RETURN TO COLLECTION**





**Caviar™ Beaded Pearl Pendant**

A pristine white pearl is capped with sterling silver flutes and 18K gold Caviar™ beading on this beautiful pendant which enhances many LAGOS necklaces.

07-80283-M

Pendant Only

$200

RETURN TO COLLECTION

http://198.63.211.98/itemdesc.asp?item=07-80283-ML.16



**Caviar™ Beaded Pearl Pendant**

A pristine white pearl is capped with sterling silver flutes and 18K gold Caviar™ beading on this beautiful pendant which enhances many LAGOS necklaces.

07-80283-ML.16

On 16 Inch Leather Cord.

$235

RETURN TO COLLECTION



10/12/2007



**Caviar™ Pearl Pendant**

A pristine white pearl is capped with sterling silver flutes and 18K gold Caviar™ beading on this beautiful pendant which enhances many LAGOS necklaces.

07-80283-MR16

On 18 Inch Beaded Rope

$550

RENUENTO COLLECTION

LAGOS

Item Description

## Caviar™ Rope Necklace

Expertly fit side-by-side, signature sterling silver Caviar™ beads create a rope necklace distinctly finished with a large spring ring clasp.

04-80178-16

18 inch

$495.

RETURN TO COLLECTION

LAGOS



# LAGOS

## Caviar™ Mini Rope Necklace

Sterling silver Caviar™ beads nestle together perfectly to create a smooth look. Finished with a simple lobster clasp.

04-80253-16

16 inch

$350

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=04-80278-16





RETURN TO COLLECTION

**Wide Caviar™ Rope Necklace**

Ten smooth 18K gold stations
punctuate the sleek sterling silver
Caviar™ beading on this classic
oval rope necklace finished with
a distinctive box clasp.

04-80278-16                    $895





## Caviar™ Mini Rope Necklace with Gold

Luxurious 18K gold highlights the signature sterling silver Caviar™ beading on this classic mini rope necklace featuring a lobster clasp.

04-80317-16

16 inch

$555

RETURN TO COLLECTION

LAGOS



LAGOS

**Caviar™ Micro Rope Necklace with Gold**

Luxuriously textured 18K gold stations accent the delicate sterling silver Caviar™ beading on this classic micro rope necklace.

16 Inch – Larger Gold Stations

04-80347-L16

$395

RETURN TO COLLECTION



http://198.63.211.98/itemdesc.asp?item=04-80348-16



**Caviar™ Micro Rope Necklace**

Signature sterling silver Caviar™ beads unite to form this delicate micro rope necklace finished with a lobster clasp.

04-80348-16

16 inch                     $225

RETURN TO COLLECTION



LAGOS

http://198.63.211.98/itemdesc.asp?item=04-80409-16



**LAGOS**

**Caviar™ Rope Necklace with Gold**

Luminous 18K gold fluted stations light up this classic sterling silver Caviar™ beaded rope necklace featuring a spring ring clasp.

04-80409-16          18 inch          $1195

RETURN TO COLLECTION



10/12/2007

# LAGOS

### Caviar™ Rope Bracelet

Perfectly nestled sterling silver Caviar™ beads come together to create this signature rope bracelet featuring a distinct spring ring clasp.

05-80145-7

$285

**RETURN TO COLLECTION**



# LAGOS

RETURN TO COLLECTION

**Caviar™ Oval Rope Bracelet with Gold**

Smooth 18K gold stations punctuate the sleek sterling silver Caviar™ beading on this classic oval rope bracelet finished with a distinctive box clasp.

05-80244-7

7 inch

$995





LAGOS

**Caviar™ Oval Link Bracelet**

Rich sterling silver Caviar™ beading graces both the inside and out of this classic oval rope bracelet featuring the distinct 18K gold crest on the clasp.

05-80251-7

$450

RETURN TO COLLECTION

# LAGOS

## Mini Caviar™ Rope Bracelet

Sterling silver Caviar™ beads nestle together perfectly to form this classic mini rope bracelet that is finished with a simple lobster clasp.

05-80260-7

7 inch

$175

RETURN TO COLLECTION



# LAGOS

## Caviar™ Mini Rope Bracelet with Gold

Beautifully fluted stations of 18K gold highlight the classic sterling silver Caviar™ beading on this timeless mini rope bracelet.

05-80318-7                    $295

RETURN TO COLLECTION



Item Description

http://198.63.211.98/itemdesc.asp?item=05-80345-7

## LAGOS

**Wide Caviar™ Rope Bracelet**

Sterling silver Caviar™ beading
comprises this 23 millimeter rope
bracelet featuring an integrated
catch proudly displaying the
LAGOS crest in 18K gold.

05-80345-7

$825

RETURN TO COLLECTION



Page 1 of 1

Item Description

LAGOS

**Caviar™ Oval Rope Bracelet**

Signature sterling silver Caviar™
beading and a box clasp that
proudly displays the LAGOS
crest comprise this classic oval
rope bracelet.

05-80366-7                                $195

RETURN TO COLLECTION



Item Description



LAGOS



Caviar™ Beaded Bangle Bracelet

Delicate sterling silver Caviar™ beading wraps around this fashionable bangle bracelet. Slip on individually or wear several for added appeal.

Medium

05-80404-M

$150

RETURN TO COLLECTION

http://198.63.211.98/itemdesc.asp?item=05-80404-M

10/12/2007

Item Description



### Caviar™ Beaded Stacking Rings

These stylish stackable rings feature delicate bands of signature Caviar™ beading in either sterling silver, 18K yellow gold, or 18K rose gold.

03-80217-S7

Sterling Silver - Size 7

$95

RETURN TO COLLECTION



Page 1 of 1



L A G O S



**Caviar™ Beaded Stacking Ring**

These stylish stackable rings feature delicate bands of signature Caviar™ beading in either sterling silver, 18K yellow gold, or 18K rose gold.

18K Yellow Gold - Size 7

03-80217-Y7

$185

**RETURN TO COLLECTION**

Item Description





Caviar™ Oval Rope Bracelet

Signature sterling silver Caviar™ beading comprises this classic oval rope bracelet that's finished with a box clasp proudly displaying the LAGOS crest.

05-80366-8

$250

RETURN TO COLLECTION

Item Description

http://198.63.211.98/itemdesc.asp?item=05-80437-8



**Caviar™ Beaded Link Bracelet**

Four stations of double-row
sterling silver Caviar™ beaded
rope are joined together by
sterling silver rings and capped
off with fluted 18K gold.

05-80437-8     $1295

RETURN TO COLLECTION



10/12/2007