# EXHIBIT 5

Certified Article Number
7160 3901 9845 0387 6593
SENDERS RECORD

**Duane Morris**

FILE COPY

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

LEWIS F. GOULD, JR.
DIRECT DIAL: 215.979.1282
E-MAIL: lfgould@duanemorris.com

www.duanemorris.com

September 14, 2007

VIA CERTIFIED LETTER
RETURN RECEIPT REQUESTED

Lorraine E. Schwartz
Lorraine E. Schwartz, Inc.
580 Fifth Avenue
Suite 1200
New York, NY 10036

Re:    Demand to stop unauthorized use of CAVIAR® trademark
       Our Ref: D4794-00031

Dear Ms. Schwartz:

You have not responded to my August 24, 2007 letter regarding unauthorized use of Lagos, Inc.'s CAVIAR registered mark. A copy of my August 24, 2007 letter is enclosed. Also, enclosed for your information is a printout of the article from JCKonline.com about Lagos, Inc.'s lawsuit against Michael Dawkins, Inc. enforcing its CAVIAR famous trademark.

Please contact me or my colleague, Max Voitchenko (215-979-1823), upon receipt of this correspondence. In the absence of response, Lagos, Inc. will take additional, appropriate action, such as legal action for an injunction or damages, or both.

Very truly yours,

Lewis F. Gould, Jr.

LFG/MAV:amo
Enclosures

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: 215.979.1000   FAX: 215.979.1020
DM1\1193459.1

Duane Morris

Lorraine E. Schwartz
September 14, 2007
Page 2

Bcc:   Jack Linderman,
       Steven Lagos (via mail, with enclosures)