DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, N.Y. 10036-4086
Tel.: (212) 692-1000
Fax: (212) 692-1020

and

Lewis F. Gould, Jr.
Maxim A. Voltchenko
30 South 17th Street
Philadelphia, PA 19103-4196
Tel.: (215) 979-1000
Fax: (212) 979-1020

Attorneys for Plaintiff Lagos Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
LAGOS INC.                                  :
                                            :
                        Plaintiff,          :      Civil Action No. 07-cv-09254 (LAP)
            -against-                       :
                                            :      ECF CASE
LORRAINE E. SCHWARTZ, INC. and              :
LORRAINE E. SCHWARTZ                        :
                                            :
                        Defendants.         :
-----------------------------------------------------------------X

## CERTIFICATE OF DEFAULT

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on October 15, 2007 with the filing of a Summons and Complaint. Copies of the Summons and Complaint were served on defendants Lorraine E. Schwartz, Inc. and Lorraine E. Schwartz (collectively, "Defendants") by

hand delivery upon Lorraine E. Schwartz, President of Lorraine E. Schwartz, Inc., on October 19, 2007. Proof of such service thereof was filed on October 25, 2007.

I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted.

Dated: New York, New York       J. Michael McMahon
       February 5, 2008                Clerk of the Court


By:_____
      Deputy Clerk