## CERTIFICATE OF SERVICE

I hereby certify that I caused copies of the Declaration of Gregory P. Gulia In Support of

Entry of Default and the proposed Certificate of Default to be served by first-class mail this 5th

day of February, 2008, upon the following:

> Lorraine E. Schwartz
> 580 Fifth Avenue
> Suite 1200
> New York, NY  10036
>
> and
>
> Lorraine E. Schwartz
> President
> Lorraine E. Schwartz, Inc.
> 580 Fifth Avenue
> Suite 1200
> New York, NY  10036

By: _Vanessa Hew_
Vanessa C. Hew

DM2\1345619.1

- 4 -