UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | |
|---|---|
| LAGOS INC., | |
| Plaintiff, | Index No. 07 CV 9254(LAP) |
| -against- | Lorraine E. Schwartz, Inc.'s <u>Rule 7.1 Disclosure</u> |
| LORRAINE E. SCHWARTZ, INC. and LORRAINE E. SCHWARTZ | |
| Defendants. | |

-----------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1, Lorraine E. Schwartz, Inc. discloses that it does not have any parent corporation, nor does any publicly held corporation own 10% or more of its stock.

Dated: March 7, 2008

                      BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

                By:   /s/ Edward N. Gewirtz
                     Edward N. Gewirtz (EG6801)
                     60 East 42nd Street, Suite 4600
                     New York, New York 10165
                     (212) 697-6484
                     Attorneys for Defendants